**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS
AT KANSAS CITY**

| | |
|---|---|
| MERCHANTS BANK OF INDIANA, ACTING BY AND THROUGH ITS SPECIAL SERVICER, MERCHANTS CAPITAL CORP.,<br>Plaintiff,<br>v.<br>R. LEE HARRIS,<br>Defendant. | Case No. 2:26-cv-02288 (Consolidated) |

-and-

| | |
|---|---|
| MERCHANTS BANK OF INDIANA, ACTING BY AND THROUGH ITS SPECIAL SERVICER, MERCHANTS CAPITAL CORP.,<br>Plaintiff,<br><br>v.<br><br>ROBERT E. ESREY,<br>Defendant. | |

**RULE 7.1(a)(2) DIVERSITY DISCLOSURE STATEMENT**

This Disclosure Statement is filed on behalf of Defendants, R. Lee Harris and Robert E. Esrey, in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party:

| | |
|---|---|
| R. Lee Harris<br>Defendant | Kansas<br>Citizenship |

| | |
|---|---|
| Robert E. Esrey | Missouri |
| Defendant | Citizenship |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Respectfully,

KRAFTNEELD

/s/ Eric G. Kraft

Eric G. Kraft
KS #19274
800 E. 101st Terrace, Suite 101
Kansas City, Missouri 64131
eric@kraftneeld.com
Tele: (913) 764-5044
Fax: (913) 764-5012

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2026, the foregoing Diversity Disclosure Statement was filed with the Court using the CM/ECF system, which served a notice of electronic filing to all parties.

/s/ Eric G. Kraft

Attorney for Defendants
KraftNeeld LLC